IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PAUL G. LYONS, d/b/a<br>Lyons Real Estate Investments | §<br>§<br>§ | |
| VS. | § | ACTION NO. 4:17-CV-835-Y |
| | § | |
| UNITED STATES LIABILITY<br>INSURANCE COMPANY and<br>JEFFREY HUMPHREYS | §<br>§<br>§ | |

## FINAL JUDGMENT OF REMAND

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby REMANDED to the 96th Judicial District Court, Tarrant County, Texas. All costs of Court under 28 U.S.C. § 1920 shall be borne by Defendants.

SIGNED June 27, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr